IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| CIRO DARELLI,<br><br>Plaintiff,<br><br>vs.<br><br>PARK CITY MUNICIPAL CORPORATION, et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER GRANTING MOTION TO WITHDRAW<br><br><br><br>Case No. 2:06-CV-354 TS |

Plaintiff's counsel moves to withdraw. Plaintiff was served with the Motion and has filed no objection. Since the filing of the Motion, the Court granted summary judgment in favor of Defendants on all claims and this case has been closed. Pursuant to DUCivP 83-1.4(a)(3), the Court is satisfied that counsel has shown good cause for withdrawal. It is therefore

ORDERED that Plaintiff's counsel's Motion to Withdraw (Docket No. 43) is GRANTED.

DATED   April 1, 2008.

BY THE COURT:

_____
TED STEWART
United States District Judge